UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

Andrew Johnson                        CASE NO.: 8:11-bk-00810
                                            CHAPTER 7

     DEBTOR
_____/

## MOTION FOR VOLUNATARY DISMISSAL
## UNDER CHAPTER 7 CASE

COMES NOW the Debtor, Andrew Johnson, by and through his undersigned attorney, and respectfully requests this Court allow Debtor to voluntarily dismiss this case pursuant to section 707 and would show as follows:

1. This bankruptcy case was commenced by a petition filed by the debtors under Chapter 7 of Title 11, United States Code on January 19, 2011.

2. A report of no distribution has been filed in the pending Chapter 7 case and Creditors would not be prejudiced by a dismissal in this case.

WHEREFORE, debtor requests he be granted an order of voluntary dismissal.

                                                 /s/ Melanie A. Newby
                                                 Melanie Newby, Esquire, 0870481
                                                 JODAT LAW GROUP, P.A.
                                                 Attorney for Debtors
                                                 521 Ninth Street West
                                                 Bradenton, FL 34205
                                                 (941) 749-1901

I, the Debtor in the foregoing, certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

_____
Andrew Johnson
Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

Andrew Johnson          CASE NO.:    8:11-bk-00810

    **DEBTOR**
_____/

## CERTIFICATE OF MAILING

    The undersigned hereby certifies that a true copy of the Motion to Voluntarily Dismiss was sent via electronic notice and/or U.S. Mail to all parties listed on the attached matrix on this 24th day of May, 2011.

                                        /s/ Melanie Newby
                                        Melanie Newby, Esquire, 0870481
                                        JODAT LAW GROUP, P.A.
                                        Attorney for Debtor(s)
                                        521 Ninth Street West
                                        Bradenton, FL 34205
                                        Telephone: (941) 749-1901
                                        Fax: (941) 741-8642

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-00810-MGW<br>Middle District of Florida<br>Tampa<br>Tue May 24 16:33:36 EDT 2011 | Capital Recovery IV LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Discover Financial<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>c/o Patti H Bass<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | Hsbc Best Buy<br>Attn: Bankruptcy<br>PO Box 5263<br>Carol Stream, IL 60197-5263 | Andrew Bush Johnson<br>5415 12th Ave Dr W<br>Bradenton, FL 34209-4231 |
| Ken Burton, Jr.<br>Manatee Co. Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206-5300 | Benjamin E. Lambers<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004-8903 |
| Melanie Archer Newby<br>Jodat Law Group P.A.<br>521 Ninth Street West<br>Bradenton, FL 34205-7735 | Susan Profant<br>Ken Burton, Jr<br>Manatee County Tax Collector<br>4333 US 301 North<br>Ellenton, FL 34222-2413 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Shell Oil / Citibank<br>Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Traci K. Stevenson<br>P O Box 86690<br>Madeira Beach, FL 33738-6690 | Suntrust Mortgage/cc 5<br>Attention: Bankruptcy<br>PO Box 85092<br>Richmond, VA 23285-5092 |
| Tampa Bay Fcu<br>PO Box 7492<br>Tampa, FL 33673-7492 | Toyota Motor Credit Corporation<br>P .O. Box 829009<br>Dallas, TX 75382-9009 | United States Trustee - TPA7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Michael G. Williamson<br>Tampa | End of Label Matrix<br>Mailable recipients     21<br>Bypassed recipients      0<br>Total                   21 | |